1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| RONNA BANKS, | No. 2:24-cv-03415-JAK-E |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| UNITED STATES OF AMERICA ET AL.; | |
| Defendants. | Hearing Date:  March 3, 2025<br>Hearing Time:  8:30 a.m.<br>Ctrm:          10C |
| | Honorable John A. Kronstadt<br>United States District Judge |

1

1	The Court, having considered defendant United States of America's ("United
2	States") Motion to Dismiss the First Amended Complaint of plaintiff Ronna Banks
3	("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(1), as well as the
4	arguments of the parties and the papers submitted, it is hereby ordered that:
5	The United States's Motion to Dismiss is **GRANTED.** Plaintiff cannot establish
6	subject matter jurisdiction over her claims arising under the Architectural Barrier Act of
7	1968, 42 U.S.C. § 4151 *et seq.* ("ABA") and the Unruh Civil Rights Act, Cal. Civ. Code
8	§51-53. ("Unruh Act"). Plaintiff's ABA and Unruh Act claims are dismissed with
9	prejudice.
10	**IT IS SO ORDERED**.

Dated: _____              _____
                                    Honorable John A. Kronstadt
                                    United States District Court Judge